UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: LOUIS ELI, JR.  CASE #: 19-10866
DORIS H. ELI  Chapter 13

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

Now comes Todd S. Johns, the Standing Chapter 13 Trustee, who objects to the confirmation of the proposed plan of the above debtor(s) in that:

1) Plan Section 3.2 provides for Trustee disbursement to SN Servicing Corporation for debt secured by Debtor's residence. The Trustee requests verification that the debt will mature before the end of the plan term.

WHEREFORE, Trustee submits that the Debtor be required to provide documentation and amend the plan pursuant to the above stated objection or that confirmation be denied.

Dated July 29, 2019

/s/Todd S. Johns
Todd S. Johns
Chapter 13 Trustee
P.O. Box 1770
Shreveport, La 71166
Phone - (318)673-8244
Fax - (318)673-8254

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 29, 2019** a true and correct copy of the foregoing Trustee's Objection has been served on the debtor(s) *at the address listed below,* by placing of the same in the United States mail, postage prepaid, and to debtor(s) attorney electronically, through CM/ECF.

| | | |
|---|---|---|
| LOUIS ELI, JR.<br>DORIS H. ELI<br>2731 HERSEY D. WILSON DRIVE<br>SHREVEPORT, LA 71107 | JACKSON & MCPHERSON<br>ATTORNEYS<br>1010 COMMON ST STE 1800<br>NEW ORLEANS, LA 70112-2401 | SN SERVICING CORPORATION<br>323 5TH ST.<br>EUREKA, CA 95501 |
| THE PRENTICE HALL CORP SYSTEM<br>501 LOUISIANA AVENUE<br>BATON ROUGE, LA 70802 | | |

/s/Todd S. Johns